**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7070**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LARRY ROSCOE GUNNELL, JR.,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (3:99-cr-00022-RLW-1)

Submitted: December 17, 2009    Decided: December 28, 2009

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry Roscoe Gunnell, Jr., Appellant Pro Se. Richard Daniel Cooke, Norval George Metcalf, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Roscoe Gunnell, Jr., appeals the district court's orders denying his 18 U.S.C. § 3582 (2006) motion and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Gunnell</u>, No. 3:99-cr-00022-RLW-1 (E.D. Va. Apr. 23, 2009; May 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>
